# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Dwayne Deleston,                                    Civil No. 11-1205 (RHK/SER)

             Plaintiff,                                    **ORDER**

vs.

Federal Bureau of Prisons,

             Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  May 10, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge